BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. BOX 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131
besshelena@earthlink.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGINA GUITIERREZ ) <br> ) <br> ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MICHAEL J. ASTRUE** ) <br> **Commissioner of Social Security** ) <br> **of the United States of America,** ) <br> ) <br> **Defendant.** ) <br> ) <br> ) | Case No.   CIV-09-2323 WHA <br><br> [PROPOSED] STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT AND DECLARATION |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from its current due date of November 9, 2009, to December 16, 2009.  This is plaintiff's first request for an extension of time and  is required due to plaintiff's counsel's impacted briefing schedule.  *See*, Declaration of Bess M. Brewer set forth below

/ / /

/ / /

/ / /

1

| | | |
|---|---|---|
| Dated: November 6, 2009 | | *s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | | Attorney for Plaintiff |
| Dated: November 9, 2009 | | McGregor W. Scott |
| | | United States Attorney |
| | | /s/ *Theophous Reagans*<br>THEOPHOUS REAGANS<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| | | Attorney for Defendant |

### **DECLARATION OF BESS M. BREWER**

**DECLARATION OF BESS M. BREWER**

I, Bess M. Brewer, Declare:

1. I represent the plaintiff, Ms. Guitterrez, in the above referenced case pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file her motion for summary judgment.

2. I have an extremely busy briefing schedule which became even more impacted when I was out sick for 7 days during August. I fell behind on my briefing and am still struggling to catch-up. Consequently, I will require additional time to complete Ms. Guiterrez's Motion for Summary Judgment and Memorandum.

3. This is my first request for an extension of time to file Ms. Guitterrez's summary judgment and the granting of this stipulated request will not have an appreciable effect on the briefing of this case.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on November 6, 2009, in Sacramento, California.

                                                            /s/ Bess M. Brewer
                                                           BESS M. BREWER

**ORDER**

APPROVED AND SO ORDERED.

DATED: November 10, 2009.

_____
HONORABLE WILLIAM ALSUP

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" / Judge William Alsup signature]*