JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8938
Facsimile: (415) 744-0134
E-Mail: Theophous.Reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGINA GUITIERREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>  Defendant. | CIVIL NO. CV 09-2323-WHA<br><br>**ORDER APPROVING STIPULATED EXTENSION OF BRIEFING SCHEDULE DUE TO MEDICAL LEAVE** |

The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's motion for summary judgment be extended from January 16, 2010 to March 1, 2010.

Counsel for defendant will be out of the office on extended medical leave.

Respectfully submitted this 7th day of January 2010.

DATED: January 7, 2010         By:   */s/Bess M. Brewer*
                                     (*As agreed via email*)
                                     BESS M. BREWER
                                     Attorney at Law

                                     Attorney for Plaintiff

                                     JOSEPH P. RUSSONIELLO
                                     United States Attorney

DATED: January 7, 2010     /s/ Theophous H. Reagans
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

---

PURSUANT TO STIPULATION, IT IS SO ORDERED. The parties, however, are advised that further extensions to the briefing schedule will not be granted.

Dated: January 8, 2010.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE