```
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   THEOPHOUS H. REAGANS, CSBN 189450
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8938
       Facsimile:  (415) 744-0134
7      E-Mail: Theophous.Reagans@ssa.gov

8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGINA GUITIERREZ,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIVIL NO. CV 09-2323-WHA<br><br>**ORDER APPROVING STIPULATED EXTENSION OF BRIEFING SCHEDULE DUE TO MEDICAL LEAVE** |

　　　　The parties, through their respective counsel, stipulate that defendant's time to respond to plaintiff's motion for summary judgment be extended from January 16, 2010 to March 1, 2010.

　　　　Counsel for defendant will be out of the office on extended medical leave.

　　　　Respectfully submitted this 7th day of January 2010.

DATED: January 7, 2010　　　By:　　*/s/Bess M. Brewer*
　　　　　　　　　　　　　　　　　　(*As agreed via email*)
　　　　　　　　　　　　　　　　　　BESS M. BREWER
　　　　　　　　　　　　　　　　　　Attorney at Law

　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　United States Attorney

1
2  DATED: January 7, 2010                    */s/ Theophous H. Reagans*
                                             THEOPHOUS H. REAGANS
3                                            Special Assistant U.S. Attorney
4                                            Attorneys for Defendant
5
6  PURSUANT TO STIPULATION, IT IS SO ORDERED. The parties, however, are advised that further
7  extensions to the briefing schedule will not be granted.
8
9  Dated: January 8, 2010.
10                                           _____
                                             WILLIAM ALSUP
11                                           UNITED STATES DISTRICT JUDGE