IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGINA GUITIERREZ,

    Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

    Defendant.
                                      /

No. C 09-02323 WHA

**JUDGMENT**

For the reasons stated in the accompanying order denying plaintiff's motion for summary judgment, granting defendant's cross-motion for summary judgment, and affirming the decision of the administrative law judge, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendant and against plaintiff. **THE CLERK SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: June 3, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE